Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-17624 (ABA)

Benjamin S. Summers  
78 Pebble Ln  
Blackwood, NJ  08012-5576

Monthly Payment: $400.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/11/2024 | $800.00 | 10/11/2024 | $400.00 | 11/07/2024 | $400.00 | 12/03/2024 | $400.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BENJAMIN S. SUMMERS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ERIC J. CLAYMAN, ESQUIRE | 13 | $4,250.00 | $1,440.00 | $2,810.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $15,054.19 | $0.00 | $15,054.19 | $0.00 |
| 2 | ARMY/AIRFORCE EXCHANGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BARCLAY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CLAYMAN LAW LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,015.60 | $0.00 | $1,015.60 | $0.00 |
| 6 | DEPT OF ED/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DISCOVER STUDENT LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | GREENSKY #3877 | 33 | $33,205.73 | $0.00 | $33,205.73 | $0.00 |
| 9 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF EDUCATION | 33 | $99,719.08 | $0.00 | $99,719.08 | $0.00 |
| 11 | POLICE & FIRE FEDERAL CREDIT UNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SYNCB/ASHLEYHOMESTORE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $9,084.00 | $0.00 | $9,084.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $22,819.38 | $0.00 | $22,819.38 | $0.00 |
| 15 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ERIC J CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $18,606.00 | $0.00 | $18,606.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2024 | 60.00 | $400.00 |
| 08/01/2029 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,000.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $360.00 |
| Arrearages: | $0.00 |
| Attorney: | ERIC J. CLAYMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**